In re:                          )
                                  )   Case No.   11-51667-659
                                  )   Chapter 13

Ann Dolores Mosby,            )
                                  )   Motion to Approve Settlement
                                  )
              Debtor(s).    )   Hearing Date: 3/28/2013
                                  )   Hearing Time: 11:00 am
                                  )   Hearing Location: 7N

## <u>MOTION TO APPROVE SETTLEMENT</u>

Comes now Debtor and states:

1.     Debtor filed her Chapter 13 Bankruptcy on November 3, 2011.

2.     On or about May 23, 2012, Debtor was terminated from her job at VNA Healthcare.

3.     On January 30, 2013, Debtor retained Timothy P. Powderly, Attorney at Law, to handle her claim for wrongful discharge against her former employer, and to handle a related OSHA claim. The fee agreement entered into between Debtor and her attorney provided for said attorney to receive a one-third contingent fee payment of all sums received above $1,750. As of this time, a settlement has been reached whereby Debtor will receive a total of $7,500 as settlement of her claim against her former employer, and the OSHA complaint.

4.     Based on the fee agreement entered into between Debtor and her attorney, attorney should receive $1,916.66, and the remaining balance of $5,583.34 would be paid to Debtor.

WHEREFORE, Debtor prays that the court approve the settlement negotiated by her attorney for a total of $7,500; that Timothy P. Powderly be awarded $1,916.66 from the settlement proceeds; that Debtor be awarded the remaining amount of $5,583.34; and for such other and further Orders as may be just and proper.

___/s/ Charles H. Huber
Charles H. Huber-FB-#29894MO
Attorney for Debtor(s)
500 Northwest Plaza, #911
St. Ann, Missouri 63074
(314) 298-0305 Fax: (314) 298-2417
chuberhc@gmail.com

## CERTIFICATE OF SERVICE

Above signature certifies that a true copy of the foregoing was served on the following either through the Court's ECF system or by ordinary mail on this ___1___ day of March of 2013 to: John V. LaBarge, Trustee, PO Box 430908, St. Louis, MO 63143; and all creditors per attached list.

Bank of America Mastercard
c/o Calvary Portfolio Services
500 Summit Lake Dr., #400
Valhalla, NY 10595


Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898


Citimortgage, Inc.
c/o Millsap & Singer, PC
612 Spirit Dr.
St. Louis, MO 63305


Comprehensive Anesthesia
c/o Firstsource Financial
7650 Magna Dr.
Belleville, IL 62223


Credit Acceptance
25505 W 12 Mile
Southfield, MI 48034


Daniel Pyle
2514 Spencer Ave.
St. Louis, MO 63114


Discover Bank
c/o James McNeile
4550 Belleview, 2nd Floor
Kansas City, MO 64111


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Earthlink
c/o NCO Financial Systems
507 Prudential Rd.
Horsham, PA 19044

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256


Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


Firstsource Fin Soluti
7650 Magna Dr
Belleville, IL 62223


Mid South Cb
1410 Industrial Park Rd
Paris, TN 38242


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123


Midland Funding, LLC
c/o Sara Monks
1000 Camera Ave., #A
St. Louis, MO 63126


MO Department of Revenue
PO Box 475
Jefferson City, MO 65105


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


Pepos Vision
c/o Firstsource Financial
7650 Magna Dr.
Belleville, IL 62223


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773

SSM Healthcare
PO Box 801776
Kansas City, MO 64180


St. John's Mercy
c/o Firstsource Financial
7650 Magna Dr.
Belleville, IL 62223


St. John's Mercy
PO Box 504655
St. Louis, MO 63150


St. Louis County Collector of Revenue
41 S. Central Ave.
St. Louis, MO 63105


St. Luke's Hospital
PO Box 60974
St. Louis, MO 63160


St. Luke's Hospital
PO Box 60974
St. Louis, MO 63160


West County Radiology
11475 Olde Cabin Road
Suite 200
Creve Coeur, MO 63141


West County Radiology
c/o ARC
PO Box 3860
Chesterfield, MO 63006


Western Anesthesia & Pain Management
339 Consort Dr.
Ballwin, MO 63011

Wfds/wds
Po Box 1697
Winterville, NC 28590


Wffnatbank
Po Box 94498
Las Vegas, NV 89193